BRADY O'BRYAN (SBN 335729)
bobryan@shb.com
NELSON X. LIU (339972)
nliu@shb.com
**SHOOK, HARDY & BACON L.L.P.**
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, CA 92614-2546
Tel: (949) 475-1500 | Fax: (949) 475-0016

AMIR NASSIHI (SBN 235936)
anassihi@shb.com
**SHOOK, HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900 | Fax: (415) 391-0281

Attorneys for Defendant
NISSAN NORTH AMERICA, INC.

*For e-service include:* eservice@shb.com

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL LOPEZ RAMIREZ, an individual,<br><br>            Plaintiff,<br><br>      vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation,<br><br>            Defendant. | Case No.: Case No. 5:25-cv-00956-SP<br><br>*Assigned to Magistrate Judge Sheri Pym*<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

The court has reviewed the proposed Stipulated Protective Order filed by the parties on April 20, 2026 (docket no. 23).  For good cause shown, the proposed Stipulated Protective Order is accepted and ordered by the court.

DATED: May 22, 2026                    _____

                                                SHERI PYM
                                                United States Magistrate Judge